IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORDAN TUCKER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**G. LOPEZ, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 1:22-cv-01458-JLT-SKO<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: REQUEST FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS** |

　　Good cause appearing, Defendant G. Lopez's Motion for Administrative Relief regarding Request for Extension of Time to File Waiver of Service of Process is **GRANTED**. Defendant G. Lopez shall file a waiver of service of process on or before **November 20, 2023**.

IT IS SO ORDERED.

Dated:　**October 23, 2023**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendant's Mtn. for Admin. Relief re: EOT to File Waiver (1:22-cv-01458-JLT-SKO)