|   |   |
|---|---|
| JORDAN TUCKER,<br><br>            Plaintiff,<br><br>      v.<br><br>G. LOPEZ, et al.,<br><br>            Defendants. | Case No.: 1:22-cv-01458-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 35) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jordan Tucker is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Following a settlement conference on February 27, 2024, before Magistrate Judge Erica P. Grosjean, the parties agreed to settle this action. Dismissal documents were to be filed within 60 days and, by consent of the parties, the Court was to retain jurisdiction for enforcement of the settlement agreement. (*See* Docket Entry 34 [Minutes].)

On February 28, 2024, counsel for Defendant G. Lopez filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 35.) The stipulation is signed and dated by Plaintiff Jordan Tucker and Ravpreet K. Bhangoo, counsel for Defendant Lopez, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending

1  motions and deadlines and to close this case.

3  IT IS SO ORDERED.

4  Dated:   **March 1, 2024**                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE